**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **BARK U, LLC,** *Plaintiff*, v. **TERWISSCHA CONSTRUCTION, INC.,** *Defendant*. | **Civ. No. 24-1508** |

**ORDER**

**AND NOW,** on this 9th day of June, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 28), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge